# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| **JAMES G. FREER,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 08-cv-135-bbc |
| **MICHAEL THURMER, Warden,** Waupun Correctional Institution, | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

that the petition of James Freer for a writ of habeas corpus is DISMISSED WITH PREJUDICE because it is a successive petition for which petitioner has not received an order from the court of appeals authorizing this court to entertain it.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

Connie A. Korth                              6/20/08
by Deputy Clerk                              _____
                                             Date